of the beneficiaries to continue to live in the premises and such a condition subsequent should not be implied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of STATEN ISLAND NATIONAL BANK AND TRUST COMPANY, as General Guardian of WALTER HANSEN, an Infant. WALTER HANSEN, Appellant; STATEN ISLAND NATIONAL BANK AND TRUST COMPANY, as General Guardian of WALTER HANSEN, an Infant, etc., Respondent.— Decree of the Surrogate's Court, Richmond County, judicially settling the guardian's account and dismissing the ward's objections, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of META REALTY COMPANY, INC., for the Payment of Balance of an Award Made for Damages to Lot 102 in Block 7499 in the Proceedings to Change Grade of East 26th Street from Emmons Avenue to Avenue Y in the Borough of Brooklyn, City of New York. META REALTY COMPANY, INC., Appellant; HOME OWNERS' LOAN CORPORATION and ALMERINDO PORTFOLIO, Treasurer of the City of New York, Respondents.— Order in so far as it denies petitioner's application to require the treasurer of the city of New York to pay to it $180.49, being part of a retained sum in his hands as the balance of an award in a change of grade proceeding, and directs the payment of that sum to the Home Owners' Loan Corporation, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY BLANK, Appellant.— Judgment of the County Court of Kings County, convicting defendant of the crime of abortion, unanimously affirmed. The guilt of defendant was palpable and so convincingly proved that the alleged errors must be disregarded. (Code Crim. Proc. § 542.) Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM JOSEPH, Appellant.— Judgment of the County Court of Kings County, convicting defendant of the crime of abortion, unanimously affirmed. The guilt of defendant was palpable and so convincingly proved that the alleged errors must be disregarded. (Code Crim. Proc. § 542.) Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH LINDLOFF, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting him of the crime of violating section 483 of the Penal Law, relating to the impairment of the morals of a child. Judgment reversed on the law, the information dismissed and defendant discharged. The facts alleged in the information, to establish which evidence was adduced by the prosecution, do not constitute a violation of section 483. If established by sufficient evidence, the facts so alleged would constitute a violation of section 483-b, but defendant was not tried, convicted or sentenced for a violation of the latter section. If the evidence adduced at the trial could be taken as supporting a charge of violating section 483-b, as matter of law it would not establish defendant's guilt beyond a reasonable doubt. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.